☒ FILED  ☐ LODGED

May 14 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ARON KETCHEL
Assistant U.S. Attorney
Arizona State Bar No. 038421
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: aron.ketchel@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-00738-PHX-SHD (ESW) |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | **VIO:** 18 U.S.C. § 1343 (Wire Fraud) Count 1 |
| Jamar Johnson, | |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

At all times relevant to this Information, within the District of Arizona and elsewhere:

1. Defendant JAMAR JOHNSON did knowingly devise and intend to devise a scheme or plan to defraud and to obtain money by means of false and fraudulent representations by preparing and submitting four false and fraudulent Paycheck Protection Program loan applications on behalf of his businesses CBL Worldwide II in order to obtain $1,007,650 in government-guaranteed loans.

2. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in March 2020 and was designed to provide emergency financial assistance to the millions of Americans suffering from the economic effects caused by the COVID-19 pandemic. One source of relief the CARES Act provided, through a program referred to as the Paycheck Protection Program ("PPP"), was authorization of up to $349

billion in potentially forgivable loans to small businesses for payroll, job retention, mortgage interest, rent/lease, utilities, and certain other applicable expenses.

3.  Defendant submitted two fraudulent PPP applications on or about the following dates: April 24, 2020, and March 23, 2021. The first applications were submitted on behalf of his company CBL Worldwide II. Based on these four false applications, Defendant received PPP loans in the following respective amounts: $30,000 and $977,650. Defendant misrepresented the number of employees at his businesses along with the annual payroll expenses in order to qualify for the loans.

4.  On or about March 23, 2021, Defendant submitted a PPP loan application seeking $977,650. In this loan application, Defendant represented his business—CBL Worldwide II—had 73 employees and paid over $4.8 million in annual payroll expenses. In reality, CBL Worldwide II had zero employees and paid no payroll expenses from June 2018 through May 2021. These were material misrepresentations.

## COUNT 1
### Wire Fraud
### [18 U.S.C. § 1343]

5.  The factual allegations in the preceding paragraphs of this Information are re-alleged and incorporated as though fully set forth herein.

6.  On or about the date listed below, in the District of Arizona and elsewhere, Defendant JOHNSON, did knowingly devise and intend to devise a scheme or plan to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and by intentional concealment and omission of material facts.

///

///

///

7. On or about March 23, 2021, in the District of Arizona and elsewhere, Defendant JOHNSON, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce certain writings, pictures, signals, and sounds, specifically, a PPP loan application on behalf of his company CBL Worldwide II, seeking $977,650 in federal funds.

All in violation of Title 18, United States Code, Section 1343.

Dated this ___May 13_____, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Aron Ketchel*
Digitally signed by ARON KETCHEL
Date: 2025.05.13 10:32:55 -07'00'

ARON KETCHEL
Assistant U.S. Attorney

- 3 -